UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLYANN MCKENZIE,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF FINANCE.,

Defendant.

25 CIVIL 04258 (KMW)

# CIVIL JUDGMENT

For the reasons stated in the September 22, 2026, Order, the Court dismisses Plaintiff's claims under federal criminal statutes for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), and dismisses the remaining claims as frivolous, see 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: New York, New York
September 25, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge